UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CORBO PROPERTIES, LTD., | ) | CASE NO. 1:09-CV-0501 |
| Plaintiff | ) ) | |
| vs. | ) ) | JUDGE KATHLEEN M. O'MALLEY |
| SENECA INSURANCE COMPANY INC., et al., | ) ) ) | **DEFENDANTS' MOTION TO DISMISS** |
| Defendants | ) ) | |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Seneca Insurance Company, Inc. ("Seneca"), Strongrich Reschly, Inc., Jeffrey M. Maxwell, Churchwell Fire Consultants, Inc., and Brian Churchwell move the Court to dismiss with prejudice and in its entirety Plaintiff's Complaint against Strongrich Reschly, Inc., Jeffrey M. Maxwell, Churchwell Fire Consultants, Inc. and Brian Churchwell on the grounds that Plaintiff has failed to state a claim against these defendants upon which relief can be granted.

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Seneca also moves the Court to dismiss with prejudice Plaintiff's claims against Seneca for alleged violation of the Ohio Administrative Code and Ohio Revised Code (Complaint ¶¶5-6) on the grounds that no private cause of action exists under Ohio law for alleged violation of the alleged administrative and statutory provisions, and thus, such allegations fail to state a claim against Seneca upon which relief can be granted.

Finally, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Seneca also moves the Court to dismiss with prejudice Plaintiff's claims against Seneca for "negligence" (Complaint ¶8) on the grounds that Ohio law does not recognize a claim for negligence by an insured against its insurer, and thus, Plaintiff has failed to state a claim for negligence against Seneca upon which relief can be granted.

A Memorandum in Support of this Motion is attached hereto and incorporated herein. As permitted by the Federal Rules of Civil Procedure, this Motion to Dismiss is being filed in lieu of an Answer to Plaintiff's Complaint by Defendants Strongrich Reschly, Inc., Jeffrey M. Maxwell, Churchwell Fire Consultants, Inc. and Brian Churchwell. However, Defendant Seneca will file a Separate Answer to Plaintiff's Complaint.

*s/ Robert E. Chudakoff*
Robert E. Chudakoff (0038594)
Kate E. Ryan (0068248)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street – Suite 1100
Cleveland, Ohio 44113-1448
Tel: (216) 583-7000
Fax: (216) 583-7001
rchudakoff@ulmer.com
kryan@ulmer.com

Attorneys for Defendants
Seneca Insurance Company, Inc.,
Strongrich Reschly, Inc., Jeffrey M. Maxwell,
Churchwell Fire Consultants, Inc., and
Brian Churchwell

CERTIFICATE OF SERVICE

        I hereby certify that on March 6, 2009, the foregoing Defendants' Motion to Dismiss was electronically filed.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system.  Parties and their counsel may access this filing through the Court's Electronic Case Filing System.  Counsel of record include:

    Raymond J. Schmidlin, Jr. (0042387)
    DYSON, SCHMIDLIN & FOULDS CO., L.P.A.
    5843 Mayfield Road
    Mayfield Heights, Ohio 44124
    Tel (440) 461-9000
    Fax (440) 461-61008
    rschmidlin@dsf-law.com

    Attorney for Plaintiff

                                                  s/ *Robert E. Chudakoff*
                                                  One of the Attorneys for Defendants
                                                  Seneca Insurance Company, Inc.,
                                                  Strongrich Reschly, Inc., Jeffrey M. Maxwell,
                                                  Churchwell Fire Consultants, Inc., and
                                                  Brian Churchwell

1761516v2
21524.00060